
Case 1:19-cv-00060-MAC-ZJH   Document 8   Filed 02/25/19   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

FEB 25 2019

BY
DEPUTY_____

In The United States District
Court, Eastern District
of Texas
Beaumont Division

Jason Christian Varner  #1679158
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

vs.

LORIE DAVIS
    DIRECTOR, TDCJ-CID

Civil Action No. 1:19-cv-60

## Petitioner's Motion to Alter Judgment

Now comes the Petitioner's Motion to Alter Judgment with This Habeas Case Brought by a Texas State Prisoner, Jason C. Varner Under 28 U.S.C. §2254. On February 14th, 2019 the U.S. Magistrate Judge signed a order that under Federal Rule of Civil Procedure 21 allows the court to sever claims originally brought in the same action.

After reviewing all relevant factors, it is the opinion of the Petitioner that the claims in the Petition that the U.S. Magistrate Judge claims the Petitioner makes claim concerning the condition of his confinement which if imposed through the Disciplinary case Hearing in violation of Federal Law entitles a inmate to relief Wolff v. Mc.Donell. 418 U.S. 539 (1974) - Wolff, 418 U.S at 571 accordingly no claims that is interpreted to challenge the conditions of confinement do not only the punishment imposed in violation Federal Law.

Moreover the Magistrates Judge order includes the Petitioner makes a claim of a complaint of Retaliation for filing a sexual harassment complaint against a Ranking officer. Which is a (false) allegation the Petitioner have no recollection of making no such allegation in a claim as basis for relief in Petition Civil Action No. 1:19-cv-60.

The ground for relief in Disciplinary Case #20170369l6 should be a (Code 3.5) Infraction-Exposing of Feces. In accordance with the Federal Law Wolff v. Mc.Donnell. The Order for severing Civil Action No. 1:19-cv-60 should be altered to it's orginal disposition.

## CONCLUSION

In accordance with Federal law Wolff v. Mc.Donnell. The Order severing Civil Action No. 1:19-cv-60 should be to it's original disposition.

In The United States District Court
Beaumont Divison

| | |
|---|---|
| Jason Varner  #1679158<br>Stiles Unit<br>3060 FM 3514<br>Beaumont, TX 77705<br><br>VS,<br><br>LORIE DAVIS<br>    DIRECTOR, TDCJ-CID | § § § § § § § § § § § §   CIVIL ACTION. NO. 1:19-CV-60 |

\* ORDER Altering Magistrates Order \*

On The Motion of The Petitioner, The Petitioner's 28 U.S.C. 2254 Petition Claims is To Be Altered Back To It's Original Disposition To Reflect All Original Grounds and Merits.

IT IS HEREBY ORDERED,

SIGNED ON THIS THE _____ DAY OF _____, 2019

_____
PRESIDING Judge

\* Petitioner/Pro Se

s/ Jason C. Varner
Jason Christian Varner
Petitioner/Pro Se
T.D.C.J #1679158

Stiles Unit
3060 FM 3514
Beaumont, Texas
77705

Pro Se - Petitioner

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading is being served by placing the same in the United States Mail, Postage First Class on the 20th day of February, 2019, Addressed: District Clerk U.S. District Court, 300 Willow Street, Suite 104 Beaumont, Texas, 77705.

/s/ Petitioner - Pro Se
Jason C. Varner