In The United States District Court For The Eastern District Of Texas Beaumont, Texas Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN -5 2019

BY
DEPUTY_____

Jason Christian Varner   1679158
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

VS

Lorie Davis,
  TDCJ Director

Civil Action No. 1:19-CV-60

## Petitioner's Motion Transfer Of Venue

Now Comes The Petitioner Jason Varner #1679158 in The 28 U.S.C. §2254 Civil Action No, In The Above Numbered Caption With A Motion For Change Of Venue With A Good Cause Showing In The Below Numbered Caption.

### I.

Venue in a Civil/Rights Action is Determined Pursuant To 28 U.S.C. §1391(b). When, As In This Case, Jurisdiction Is Not Founded Solely Of Citizenship.

### II.

In The Alternative, The Court Should Transfer Varner's Federal Petition To The Southern District Of Texas, Houston, Division, Section 2241(d) Establishes That:

> The District Court For The District Wherein Such An Application Is Filed In The Exercise Of It's Discretion $ In Furtherance Of Justice May Transfer The Application To The Other District Court For Hearing And Determination.

28 U.S.C. §2241(d). Hence, In The of Justice, This Court May Transfer Varner's Federal Petition To The Southern District Of Texas, Houston Division, In Which his holding Conviction Arose. Accordingly, The Petitioner Moves This Court To Exercise It Discretion In Transferring Varner's Petition To The Southern District Of Texas Houston Division.

### III.

In A Previous 28 U.S.C. 2254 Petition By Varner In The Western District Court, San Antonio Division In Cause No. 5:18-CV-00652-DAE-HJB By A U.S District Judge Recommendation Varner's Case Was Transferred To The U.S. District Court Of Houston, Division. By A Previous U.S. District Judges Descretion The Petitioner Varner Request The Court In The Above Action Cause No. Grant A Change Of Venue.

### Conclusion

The U.S. District Court Is Over Burden With A Excessive Amount Of Civil Actions Which Causes Delays In The Proceedings Which Results In A Miscarriage In Justice In Cases Such As This One Because Varner Discharge Release Date Is Next Year And The Issues Of The Instant Federal Petition May Not Be Resolved So A Change Of Venue Would Be Proper To Protect Varner's Constitutional Right.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS DIVISION

Jason Christian Varner 1679158
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

PETITIONER,

VS.

LORIE DAVIS, DIRECTOR,
T.D.C.J. CORRECTIONAL
INSTITUTIONS DIVISION,
RESPONDENT,

CIVIL ACTION-CV-60

## PETITIONER'S ORDER GRANTING MOTION FOR CHANGE OF VENUE

The Petitioner JASON VARNER #01679158 Motion For Change of Venue is Hereby GRANTED By The undersign Presiding Judge signature and the Court Clerk is (ORDERED) to transfer the instant 28 U.S.C. 2254 in the above numbered caption to the U.S.D.C. for the Southern District of Texas, Houston, Texas Division.

IT IS SO ORDERED;

SIGNED ON THIS THE _____ DAY OF _____, 2019,

_____
PRESIDING Judge.



Jason Christian Varner § CIVIL ACTION NO. 1:19-CV-60
1679158 §
Mark W. Stiles Unit §
3060 FM 3514 §
Beaumont, TX 77705 §
V. §
LORIE DAVIS §
  TDCJ. DIRECTOR, §

WRITTEN NOTICE REQUEST

NOW COMES The Petitioner JASON VARNER #1679158 with a WRITTEN NOTICE REQUEST TO The U.S. DISTRICT COURT CLERK REQUESTING ASSISTANCE with The EXISTING ISSUES IN The BELOW NUMBERED CAPTION TO HAVE SERVICE ACCOMPLISHED.
(RETURN SERVICE REQUESTED)

I.
Can The COURT CLERK SEND The (STATUS DOCKET FORM) ON The DISPOSITION OF The (WRITTEN OBJECTION-FILED) IN CAUSE NO. 1:19-CV-149.

II.
The Petitioner would like to know The CURRENT DISPOSITION OF CIVIL ACTION NO. 1:19-CV-60 - MOTION FOR CHANGE OF VENUES

III.
The PETITIONER like to know The OR That (2) MOTION FOR CHANGE OF VENUES HAVE BEEN ENTERED THAT IS BEING ENTERED WITH THIS REQUEST

The FOREGOING INSTRUMENT GOING TO THE FOREGOING ADDRESS;
DISTRICT CLERK
U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT
OF TEXAS, BEAUMONT, DIVISION
300 WILLOW STREET, SUITE 104
BEAUMONT, TEXAS
77701-2217

SIGNED ON The 3RD DAY OF JUNE 2019

RESPECTFULLY SUBMITTED,

Jason Christian Varner
JASON CHRISTIAN VARNER
#1679158
STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS
77705

JASON C. VARNER #1679158
STILES UNIT
3060 FM 3514
Beaumont, TX
77705

(LEGAL #)

DISTRICT CLERK
UNITED STATES DISTRICT COURT
300 WILLOW STREET, SUITE 104
BEAUMONT, TEXAS
77701-2217

77701-2217
(LEGAL #)

HOUSTON TX [postmark]
03 JUN 2019