IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JASON CHRISTIAN VARNER | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv60 |
| DIRECTOR, TDCJ-CID | § | |

O R D E R

This petition for writ of habeas corpus was originally filed in the United States District Court for the Western District of Texas. That court transferred the petition to this court.

Petitioner has filed a motion (doc. no. 8) that, in essence, asks that this case be returned to the Western District.

After considering the matter, the court is of the opinion this case was properly transferred. It is accordingly

**ORDERED** that petitioner's motion is **DENIED**.

SIGNED this 29th day of July, 2019.

_____
Zack Hawthorn
United States Magistrate Judge