IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JASON CHRISTIAN VARNER | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv60 |
| DIRECTOR, TDCJ-CID | § | |

<u>SHOW CAUSE ORDER</u>

After considering the above-styled petition for writ of habeas corpus, it is

**ORDERED** that the Clerk shall issue process and the respondent shall have 40 days in which to answer the petition in compliance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and show cause why the relief prayed for should not be granted. Pursuant to Rule 5, the respondent shall include that portion of the record deemed relevant.

Based upon communication with the Texas Attorney General's Office, this court will not serve copies of the petition, attachments, and orders upon the Director. Instead, copies of the petition, attachments, and orders will be served electronically upon the Texas Attorney General, counsel for the Director, and will be directed to the attention of Edward Marshall, Chief of the Postconviction Litigation Division, at Edward.Marshall@oag.texas.gov and Laura Haney at Laura.Haney@oag.texas.gov *See* FED.R.CIV.P. 5(b)(2)(D).

SIGNED this 9th day of October, 2019.

_____
Zack Hawthorn
United States Magistrate Judge