In The United States District Court
Beaumont Division

Jason Christian Varner
TDCJ #01679158
    Plaintiff,

V.

TDCJ-CID Director
Lori Davis
    Defendant,

§
§
§
§ CIVIL ACTION NO. 1:19-CV-60
§
§
§
§

## WRITTEN NOTICE REQUEST

Now Comes The Plaintiff, Jason Christian Varner #01679158 in The Above Caption Cause No. With A Written Notice Request To The U.S. District Court Clerk Requesting Assistance With The Issue(s) In The Below Numbered Caption To Have Service Accomplished.

(Return Service Requested)

I.

I, The Petitioner Have Been Receiving (Retaliation) From Stiles Unit Officials {TDCJ} For Filing Petitions In The U.S. District Court 1983 § 2254. I have not Received Any Current Activities From The Court Concerning my cases in The US District Court - Beaumont Division.

The Petitioner would like A Current (Docket Status Form) of All The Current cases still active in The U.S. District Court.

The Foregoing Instruments going To The Following Address:

U.S. District Clerk
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas
    77701-2217

Signed on The 14th day of Oct, 2019

Respectfully Submitted,

Jason C. Varner
Jason Christian Varner
#01679158
Stiles Unit
3060 FM 3514
Beaumont, Texas
    77705

(*LEGAL*)

Jason C. Varner #01671158
Stiles Unit
3060 FM 3514
Beaumont, Texas
77705

CLERK U.S. DISTRICT COURT
RECEIVED
OCT 23 2019
EASTERN DISTRICT OF TEXAS
BEAUMONT TEXAS

77701-2217

CLERK
UNITED STATES DISTRICT COURT
300 Willow Street, Suite 104
Beaumont, Texas
77701-2217