| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| JASON CHRISTIAN VARNER, | § | |
|---|---|---|
| Petitioner, | § | |
| versus | § | CIVIL ACTION NO. 1:19-CV-60 |
| DIRECTOR, TDCJ-CID, | § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jason Christian Varner, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Petitioner has filed a motion asking to voluntarily dismiss the petition. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending dismissal of the petition pursuant to Federal Rule of Civil Procedure 41(a).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, petitioner's motion for voluntary dismissal is **GRANTED**. The report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing the petition pursuant to Federal Rule of Civil Procedure 41(a).

SIGNED at Beaumont, Texas, this 3rd day of January, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE